1  JAMES DAL BON, BAR NO. 157942
   DAL BON AND WANG
2  21 South First Street #613
   San Jose, CA 95113
3  Telephone: (408) 292-1040
   Fax: (408) 292-1045
4
   Attorney for Plaintiff
5  Leobardo Cuesta

6  LAURA E. INNES, BAR NO. 124259
   SIMPSON, GARRITY & INNES
7  Professional Corporation
   601 Gateway Boulevard, Suite 950
8  South San Francisco, CA 94080
   Telephone: (650) 615-4860
9  Fax: (650) 615-4861

10 Attorney for Defendants
   Imahara Produce, Inc. and Wayne Imahara
11

12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 LEOBARDO CUESTA,                    ) Case No. C-07-03443 PVT
                                       )
17                Plaintiff,           ) STIPULATION & [PROPOSED]
                                       ) ORDER TO CONTINUE CASE
18        v.                           ) MANAGEMENT CONFERENCE
                                       )
19 IMAHARA PRODUCE, INC., WAYNE        ) DATE: October 9, 2007
   IMAHARA, and DOES 1-10,             ) TIME: 2:00 p.m.
20                                     ) CTRM: 5
                  Defendants.          )
21                                     )
                                       )
22 _____

23     The parties in the above entitled action jointly submit this Stipulation and Proposed Order to Continue the Case Management Conference in this matter.

24     WHEREAS the Case Management Conference is scheduled for October 9, 2007.

25     WHEREAS the Parties have reached an agreement to settle the case in its entirety.

26     WHEREAS the Parties are documenting the Settlement and intend to dismiss the case
27 thereafter.

28 ///

THEREFORE the Parties jointly request to extend the Case Management Conference for 45 days to allow them to finalize the Settlement and file the Request for Dismissal.

DATED: October 2, 2007

By: _____
JAMES DAL BON
Dal Bon and Wang
Attorney for Plaintiff

DATED: October 3, 2007

By: _____
LAURA E. INNES
Simpson, Garrity & Innes, PC
Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Hon. Patricia V. Trumbull
Magistrate Judge of the U.S. District Court

{CLIENT FILES\3 1293\2\00079840.DOC}                                                                                    -2-
STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

## PROOF OF SERVICE BY MAIL

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California 94080.

On the date indicated below, I served by mail a true copy of the following documents:

### STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Francisco, California.

James Dal Bon, Esq.
Dal Bon and Wang
12 South First Street, #613
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 3, 2007, at South San Francisco, California.

_____
Danielle Lamica

{CLIENT FILES\31293\2\00078173.DOC}