**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEOBARDO CUESTA, | C 07-3443 PVT |
| *Plaintifff(s)*, | |
| | **CLERK'S NOTICE RESCHEDULING** |
| | **CASE MANAGEMENT CONFERENCE** |
| *vs.* | |
| IMAHARA PRODUCE, INC., | |
| *Defendant(s).* | |

Please take notice that the Case Management Conference previously scheduled for October 9, 2007 has been rescheduled to **November 6, 2007 at 10:00 a.m.** before Magistrate Patricia V. Trumbull**.** Parties are to file a Joint Case Management Conference on or before October 30, 2007. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: October 4, 2007

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK