JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel.: (408) 292-1040
Fax.: (408) 292-1045

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO CUESTA, <br><br> Plaintiff, <br><br> vs. <br><br> IMAHARA PRODUCE, INC., WAYNE IMAHARA, and DOES 1-10 <br><br> Defendants | ) 07-03443 PVT <br> ) <br> ) STIPULATION FOR DISMISSAL <br> ) |

1. Parties have fully resolved their disputes as of October 11, 2007.

2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

3. Each party is to bear its own costs and fees.

COMPLAINT – 1

Dated: November 5 2007

_____
Laura Innes
Simpson, Garrity & Innes
601 Gateway Boulevard Suite 950
South San Francisco, CA 94080

Attorney For Defendants

Dated: November 2, 2007



_____s/jdb_____
James Dal Bon, SBN 157942
Dal Bon & Wang
Attorney for Plaintiffs

Dated: November ____ 2007

IT IS SO ORDERED:

_____
Honorable Magistrate Judge
Patricia Trumbull

COMPLAINT - 3